## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                        **CHAPTER 13 CASE**
                                              **NO. 09-33181-DHW**

**VALARIE R. FOOKS,**
**XXX-XX-5179**

    **Debtor(s).**

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1.    The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on November 18, 2009.

2.    The debtor(s) continued §341 Meeting of Creditors was held February 11, 2010.

2.    Debtor(s) plan proposes to pay a POT of $18,800.00 for the benefit of unsecured creditors with plan payments of $227.00 biweekly.

3.    Debtor is an above median income debtor and has claimed a $212.00 deduction on the B22 at Line 47(b) for a mortgage to Citifinance. Trustee contends that as debtor intends to strip off that mortgage and no longer have the actual expense, this is not an allowable deduction.

4.    Debtor has claimed total transportation deductions on the B22 of $1,080.00 for one vehicle when Schedule J reflects $568.00 actual expense. The difference between Schedule J and the B22 is $512.00.

5.      Both of the issues taken together would net means test results of $1,037.34

disposable income.  This amount multiplied by the applicable commitment

period of 60 months equals $62,240.00.  If the debtor were to claim all

B22 expenses as actual expenses on Schedule J, it would render the plan

not feasible.

WHEREFORE, the above premises considered, Trustee objects to confirmation as

the plan fails to meet the net disposable income test.

Respectfully submitted this 17th day of March 2010.

<div style="margin-left: 50%;">

Curtis C. Reding
Standing Chapter 13 Trustee

By:      /s/   Sabrina L. McKinney
         Sabrina L. McKinney
         Staff Attorney
         ASB-3162-I71S

</div>

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone:  334-262-8371
Fax:  334-834-7635
Email:  mckinneys@ch13mdal.com

<div style="text-align: center;">

CERTIFICATE OF SERVICE

</div>

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S
OBJECTION TO CONFIRMATION has been served on the parties listed below either
by electronic filing or by placing same in the United States Mail postage prepaid and
properly addressed, this 17th day of March 2010.

<div style="margin-left: 50%;">

/s/   Sabrina L. McKinney
Sabrina L. McKinney

</div>

Valarie R. Fooks
20668 Hwy 87
Elba, AL  36323

Richard D. Shinbaum