IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | * |
| | *     Chapter 13 |
| VALARIE R. FOOKS | *     Case No. 09-33181 |
| | * |
| Debtor | * |

**RESPONSE TO TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN**

COMES NOW the Debtor(s), by and through attorney, and in response to the motion to modify debtor(s) plan would state as follows:

1. The Debtor has filed an Adversary Complaint to Value Collateral on Citifinancial Corporation, LLC regarding the second mortgage on October 12, 2010.

2. The debtor proposes to keep the payment of $359.00 bi-weekly to the Trustee.

Respectfully submitted this day: October 12, 2010.

                                         /s/ Richard D. Shinbaum
                                         RICHARD D. SHINBAUM

Of Counsel:
Shinbaum, McLeod & Campbell, P.C.
Post Office Box 201
Montgomery, AL 36101
(334) 269-4440

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: October 12, 2010.

Hon. Curtis C. Reding
Chapter 13 Trustee


                                    /s/ Richard D. Shinbaum
                                    RICHARD D. SHINBAUM